UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,<br><br>      Plaintiff,<br><br>v.<br><br>GEORGE F. SHERMAN, JR.; DEBRA A. SHERMAN; and THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWHEQ, INC., HOME EQUITY LOAN ASSET-BACKED CERTFICATES, SERIES 2006-S7,<br><br>      Defendants,<br>_____/ | CASE No. 1:20-cv-00050 |

## CORPORATE DISCLOSURE STATEMENT
## OF WILMINGTON SAVINGS FUND SOCIETY, FSB

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust, hereby files this statement identifying its parent companies and any publicly held corporation that owns 10% of its stock:

      1.    Wilmington Savings Fund Society, FSB is a wholly owned subsidiary of WSFS Financial Corporation.

      2.    No publicly held company owns more than ten percent (10%) or more of WSFS Financial Corporation's stock.

[Signed on Next Page]

Dated: January 31, 2020

Respectfully submitted,
Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
By its attorney,

/s/Catherine V. Eastwood
Catherine V. Eastwood, Esq., RI# 6406
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
(978) 256-1500, ext. 249
ceastwood@kordeassociates.com